IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DOMINIC GEORGE FERNANDEZ,

    Plaintiff,

v.                                                                        CIV No. 15-01182-KG-LF

MARY ANN P. FERNANDEZ, *et al.*,

    Defendants.

ORDER OF DISMISSAL WITHOUT PREJUDICE

This matter is before the Court on Plaintiff's failure to respond to the Court's Order to Show Cause, filed on March 10, 2016. (Doc. 25) In the Order, the Court noted that certain mailings to Plaintiff were returned as undelivered (*see* Docs. 23, 24) and that "[i]t appears that Plaintiff has been transferred or released from custody without advising the Court of his new address, as required by D.N.M.LR-Civ 83.6, thus severing contact with the Court." (Doc. 25) The Court ordered Plaintiff, within twenty-one days from the entry of the Order, "to notify the Clerk in writing of his current address or otherwise show cause why this action should not be dismissed." (Doc. 25) The Court cautioned Plaintiff that "[f]ailure to comply with this Order may result in dismissal without further notice." (Doc. 25)

Plaintiff has failed to notify the Clerk in writing of his current address, show cause why this action should not be dismissed, or otherwise respond to the Court's Order To Show Cause. Therefore, the Court will dismiss this civil proceeding and enter final judgment.

IT IS THEREFORE ORDERED that Plaintiff's complaint (Doc. 1), amended complaint (Doc. 12), and supplemental complaints (Docs. 6, 7, 8) are DISMISSED without prejudice and judgment will be entered.

                                                                                                      _____
                                                                                                      UNITED STATES DISTRICT JUDGE