IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DOMINIC GEORGE FERNANDEZ,

   Plaintiff,

v.                                                       CIV No. 15-01182-KG-LF

MARY ANN P. FERNANDEZ, *et al.*,

   Defendants.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Order of Dismissal Without Prejudice filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this case,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that this civil proceeding is dismissed.

_____
UNITED STATES DISTRICT JUDGE